# Standard Scale & Supply Corporation et al. *v.* R. H. Chappel et al., Appellant.

*Equity—Injunctions—Preliminary injunctions.*

A decree granting a preliminary injunction will be affirmed on appeal where it appears that there were reasonable grounds for the action of the lower court.

In disposing of such an appeal the Superior Court will consider only whether the facts presented to the court below furnished reasonable ground for its action and will refrain from discussing the merits of the litigation.

Argued April 27, 1928. Appeals Nos. 1553 and 1554, April T., 1928, by W. P. McJunkin and R. H. Chappel, from decree of C. P., Allegheny County, April T., 1928, No. 1409, in Equity, in the case of The Standard Scale & Supply Corporation, a Corporation, and H. C. Molter, W. W. Potts, W. N. Haines, Max Rosenkeimer, George Wolf, and J. Howard Swick, v. R. H. Chappel, W. P. McJunkin and D. S. Williamson. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ. Appeals dismissed.

Bill in equity, praying that a preliminary injunction be awarded enjoining defendants from interfering with certain officers of the plaintiff corporation; from interfering with the management of the plaintiff corporation, and praying that the defendants be compelled to turn over certain books and papers of the plaintiff corporation. Before DREW, J.

The opinion of the Superior Court states the case.

The court awarded a preliminary injunction. R. H. Chappel and W. P. McJunkin appealed.

*Errors assigned,* among others, were the refusal of defendant's petition raising question of jurisdiction, various rulings on evidence and the order of the court.

*Harry S. Dunmire,* and with him *R. T. M. Mc-Cready,* for appellant.

*John G. Frazer,* and with him *Martin & Swaney,* and *Reed, Smith, Shaw & McClay,* for appellee.

OPINION BY LINN, J., May 1, 1928:

These appeals are from a preliminary injunction ordering each appellant and another to deliver to the individual appellees or to any four of them as a majority of the board of directors of the Standard Scale and Supply Corporation, also an appellee, "all books, papers, records and property of the [corporate appellee] including the stock certificate book and stock ledger in the possession or under the control of all of said defendants."

In accordance with the established practice in disposing of appeals from the granting of a preliminary injunction we consider only whether on the facts presented to the court below there was reasonable ground for its action and refrain from discussing the merits of the litigation: Nesbit v. Riesenman, 90 Pa. Superior Ct. 545; Holden v. Llewellyn, 262 Pa. 400.

We are satisfied by an examination of the record in the light of the arguments presented that there was reasonable ground for the order made. We do not understand that the order restraining W. P. McJunkin, appellant, from interfering with the management of the corporation by appellee as directors thereof; is intended to prevent said McJunkin's lawful participation as director in the transaction of business in the meetings of the board of directors.

The appeals are dismissed at the costs of appellants.